FILED
2019 Feb-12 PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **JUDY MASON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CASE NO. 5:19-cv-00257-MHH |
| vs. | ) |
| | ) (Removed from the Circuit Court |
| **CVS HEALTH CORPORATION.** | ) of Madison County, Alabama |
| | ) Case No. CV 2018 - 900119 |
| **Defendants.** | ) |

### Business Entity Disclosure Statement Of
### Defendant, CVS Health Corporation.

Pursuant to Local Rule 7.02, Defendant, CVS Health Corporation, hereby makes the following disclosures:

CVS Health Corporation is a Delaware corporation that acts as a holding company and issues common stock which is traded on the New York Stock Exchange. It's principle place of business is Rhode Island. CVS Health Corporation owns 100 percent of the stock of CVS Pharmacy, Inc. No publicly held corporation owns 10 percent or more of the stock of CVS Health Corporation.

CVS Pharmacy, Inc. is a Rhode Island corporation whose principal place of business is in the State of Rhode Island. CVS Pharmacy, Inc. is a wholly owned subsidiary of CVS Health Corporation.

The entity that owns and operates the pharmacy whose premises is at issue in this case is Alabama CVS Pharmacy, L.L.C. Alabama CVS Pharmacy, L.L.C is an

Alabama limited liability company whose principal place of business is in the State of Rhode Island.  Its sole member is CVS Pharmacy, Inc.

>Respectfully submitted,
>
>Defendant,
>**CVS HEALTH CORPORATION.**
>By its attorney,
>
>*/s/ J. Allen Sydnor, Jr.*
>J. Allen Sydnor, Jr.  (ASB-6517-D55J)

**OF COUNSEL:**
HUIE, FERNAMBUCQ & STEWART, LLP
3291 US Highway 280, Suite 200
Birmingham, AL  35243
Telephone (205) 251-1193
Facsimile (205) 251-1256
Email:  asydnor@huielaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **Business Entity Disclosure Statement Of Defendant, CVS Health Corporation** has been electronically served upon:

William Louis Middleton, III, Esq.
Eyster Key Tubb Roth Middleton & Adams, LLP
Post Office Box 1607
Decatur, AL 35602-1607
wlmiddleton@eysterkeylaw.com

on February 12, 2018.

>*/s/ J. Allen Sydnor, Jr.*
>OF COUNSEL