# IN UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JUDY MASON,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 5:19-cv-00257-MHH |
| **ALABAMA CVS PHARMACY, LLC,** | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiff, Judy Mason, and Defendant, Alabama CVS Pharmacy, LLC, and stipulate that the all claims pending in this matter are due to be dismissed, with prejudice, with costs taxed as paid.

*/s/ William Louis Middleton, III*
William Louis Middleton, III
Eyster Key Tubb Roth Middleton & Adams, LLP
Post Office Box 1607
Decatur, AL 35602-1607
wlmiddleton@eysterkeylaw.com

*Attorney for Plaintiff*

*/s/ J. Allen Sydnor, Jr.*
J. Allen Sydnor, Jr.
Huie, Fernambucq & Stewart, LLP
3291 US Highway 280, Suite 200
Birmingham, Alabama 35243
asydnor@huielaw.com

*Attorney for Alabama CVS Pharmacy, LLC*